# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0249
LT Case No. 2020-CA-037079

———————————————

SECURITY FIRST INSURANCE
COMPANY d/b/a SECURITY FIRST
FLORIDA,

    Appellant,

    v.

BARRETT E. CAMPBELL,

    Appellee.

———————————————

On appeal from the Circuit Court for Brevard County.
George T. Paulk, II, Judge.

Mark D. Tinker and Brandon J. Tyler, of Cole, Scott & Kissane,
P.A., Tampa, for Appellant.

Mark A. Nation, of The Nation Law Firm, Longwood, for
Appellee.

August 6, 2026

PER CURIAM.

    AFFIRMED.  *See Hickmon v. Rachel Bushey Reese, P.A.*, 275 So.
3d 841 (Fla. 1st DCA 2019).

EDWARDS, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____